**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2786**

_____

In Re: CHARLES EDWARD LEE ROGERS,

                                                    Debtor.

_____

WALTER M. ROGERS, JR.; RONALD A. ROGERS;
ROGERS BROTHERS, INCORPORATED,

                                      Plaintiffs - Appellees,

        versus

CHARLES EDWARD LEE ROGERS,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-95-703-A, BK-94-14656-AB)

_____

Submitted: June 28, 1996          Decided: July 23, 1996

_____

Before HALL, HAMILTON, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Edward Lee Rogers, Appellant Pro Se. Donald Francis King, ODIN, FELDMAN & PITTLEMAN, P.C., Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a debtor under Chapter 13 of the Bankruptcy Code, appeals from the district court's order affirming the bankruptcy court's decision to deny confirmation of Appellant's proposed Chapter 13 plan because it was not proposed in good faith. See 11 U.S.C.A. § 1325(a)(3) (West 1993). We have reviewed the record and the district court's opinion affirming the decision of the bankruptcy court and find no reversible error. Accordingly, we affirm. See Neufeld v. Freeman, 794 F.2d 149, 152 (4th Cir. 1986); Deans v. O'Donnell, 692 F.2d 968, 972 (4th Cir. 1982). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED